**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL JIMENEZ DE LOS SANTOS,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KRISTI NOEM, Secretary of the U.S.** | : | |
| **Department of Homeland Security, et al.,** | : | |
| *Respondent*s. | : | **NO. 25-6155** |

## <u>ORDER</u>

**NOW**, this **31st day** of **October 2025**, upon review of the Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241 (ECF No. 1), it is hereby **ORDERED** that:

1. The United States Attorney's Office shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter and that AUSA shall enter their appearance for Defendants on or before **November 3, 2025**.

2. The AUSA assigned to this matter shall file a response to the Petition for Writ of *Habeas Corpus* (ECF No. 1) on or before **November 3, 2025 at 5:00 p.m.**

3. Petitioner shall effectuate service of the Petition for Writ of *Habeas Corpus* (ECF No. 1) on Defendants on or before **November 5, 2025**.

4. An **in-person** Hearing is scheduled to be held on **November 6, 2025 at 10:00 a.m.** in Courtroom 11B, before the Hon. Chad F. Kenney, 601 Market Street, Philadelphia, PA 19106. The Government is **ORDERED** to bring Petitioner Daniel Jimenez De Los Santos to the Hearing.

5. The Government is prohibited from moving Petitioner Daniel Jimenez De Los Santos from his current place of custody other than for purposes of bringing Petitioner to the Hearing.

6.      The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United

States Attorney's Office and reflect the same on the docket.


**All Counsel shall acknowledge receipt and full understanding of this Order by email to
Chambers at chambers_of_judge_chad_f_kenney@paed.uscourts.gov by <u>November 3, 2025,
at 12:00 p.m.</u>**

                                        BY THE COURT:

                                        /s/ Chad F. Kenney
                                        _____
                                        **CHAD F. KENNEY, JUDGE**