IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL JIMENEZ DE LOS SANTOS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KRISTI NOEM, et al.,** | : | |
| *Defendants.* | : | **NO. 25-cv-6155** |

## ORDER

**AND NOW**, this 31st day of October 2025, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Warden of Moshannon Valley Processing Center produce before this Court the body of Daniel Jimenez De Los Santos [A-Number 240622634] on **November 6, 2025 at 10:00 a.m.** before the Honorable **Chad F. Kenney**, **Courtroom 11B**, United States Courthouse, 601 Market Street, Philadelphia, PA 191016, to appear for a hearing in the above-captioned matter, and that immediately upon termination of the said proceedings, he/she be delivered into the custody of the said superintendent of the said institution.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**

cc:     Leonard Oddo, Warden, at LOddo@geogroup.com
        Michael G. Blair, ICE at Michael.G.Blair@ice.dhs.gov
        Kirby D. Tejeda, ICE at Kirby.D.Tejeda@ice.dhs.gov
        US Marshal at EPAcourtorders@usdoj.gov
        MVPCOUTREACH@ICE.DHS.GOV