### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL JIMENEZ DE LOS SANTOS,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KRISTI NOEM, Secretary of the U.S.** | : | |
| **Department of Homeland Security, et al.,** | : | |
| *Respondent*s. | : | **NO. 25-6155** |

### ORDER

**NOW**, this **3rd day** of **November 2025**, upon consideration of Petitioner Daniel Jimenez De Los Santos' Petition for Writ of *Habeas Corpus* (ECF No. 1), Assistant U.S. Attorney Gregory B. in den Berken's correspondence dated today, and it appearing that Petitioner is being held in custody at the Moshannon Valley Immigration and Customs Enforcement Processing Center in Philipsburg, Pennsylvania, which is located in the Western District of Pennsylvania, it is hereby **ORDERED** that this action is transferred to the United States District Court for the Western District of Pennsylvania. The Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Western District of Pennsylvania and **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**