IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL JIMENEZ DE LOS SANTOS,

Petitioner,

v.

KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security, *et al.*,

Respondents.

Case No. 3:25-cv-390

Re: ECF No. 12

**ORDER**

**AND NOW**, this ___12th___ day of ___November___ 2025, upon consideration of the Motion for Withdrawal of Appearance as counsel for Respondents by Gregory B. in den Berken (ECF No. 12), it is **HEREBY ORDERED** that the Motion is **GRANTED**. Mr. in den Berken's withdrawal of appearance is approved and the Clerk of Court is directed to terminate his appearance.

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE