IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL JIMENEZ DE LOS SANTOS )
)
vs. )    Civil Action No. 3:25-cv-00390
)
KRISTI NOEM, Secretary )
of the U.S. Department of Homeland )
Security; U.S. DEPARTMENT OF )
HOMELAND SECURITY; PAMELA )
BONDI, Attorney General of )
the United States; JOHN D. TSOUKARIS, )
Director of the Philadelphia Field Office of )
U.S. Immigration and Customs Enforcement; )
and Officer in Charge, Moshannon Valley ICE )
Processing Center in their official Capacities, )

**ORDER**

AND NOW, on this 13th *14th* day of November 2025, upon consideration of Petitioner's

Motion for Admission *Pro Hac Vice*, it is hereby **ORDERED** that Petitioner's Motion is

**GRANTED**, and that DEAN E. VASSOR, ESQUIRE is granted admission to appear and

practice in the United States District Court for the Western District of Pennsylvania as counsel

*pro hac vice* for Petitioner Daniel Jimenez De Los Santos in the above-captioned matter,

pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's standing Order Regarding

*Pro Hac Vice* Admissions, dated May 31, 2006.

BY THE COURT:

_____
J.