## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DANIEL JIMENEZ DE LOS SANTOS, ) <br><br> *Petitioner,* ) <br><br> v. ) <br><br> KRISTI NOEM, Secretary <br> of the U.S. Department of Homeland <br> Security; **U.S. DEPARTMENT OF** <br> **HOMELAND SECURITY; PAMELA** <br> **BONDI**, Attorney General of <br> the United States; **JOHN D. TSOUKARIS,** <br> Director of the Philadelphia Field Office of <br> U.S. Immigration and Customs Enforcement <br> and Officer in Charge, Moshannon Valley ICE <br> Processing Center in their official Capacities, <br><br> *Respondents.* | Case No. 3:25-cv-00390-SLH-MPK <br><br><br><br> ORDER |

## ORDER

Upon consideration of Petitioner's Motion to Withdraw Petition for Writ of *Habeas Corpus* and

evidence of Petitioner's voluntary departure, IT IS HEREBY ORDERED that:

A)  Petitioner's Motion is GRANTED and the pending Petition for Writ of *Habeas Corpus*

filed in this matter, Dkt. No.1, is hereby dismissed as moot. The Clerk shall mark this matter closed.

IT IS SO ORDERED.  December 15, 2025

UNITED STATES DISTRICT JUDGE